IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-03105-05/08/10/12-CR-S-DGK |
| | ) | |
| RONALD E. BRYANT, | ) | |
| NIKKI S. MILSAP, | ) | |
| JOHN TRAVIS ROGERS, | ) | |
| & KAREN A. HARRIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S NOTICE OF PRIOR
## FELONY CONVICTION OF DEFENDANT JOHN TRAVIS ROGERS

**COMES NOW** the United States of America, by and through Beth Phillips, the United States Attorney for the Western District of Missouri, pursuant to Rule 609 of the Federal Rules of Evidence to the supply defendant John Travis Rogers with a list of the defendant's prior felony convictions which the government intends to rely on if the defendant testifies at trial:

1. Possession of a Controlled Substance with the Intent to Distribute, CircuitCourt of Greene County, Missouri, Case No. 306CF5714, March 10, 2008.

                                                      Respectfully submitted,

                                                      Beth Phillips
                                                      United States Attorney

                              By    /s/ *Gary K. Milligan*
                                                       Gary K. Milligan DC Bar # 484813
                                                       Assistant United States Attorney
                                                       901 St. Louis Street, Suite 500
                                                       Springfield, Missouri 65806-2511

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was delivered on May 24, 2010, to the CM/ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                              */s/ Gary K. Milligan*
                                              Gary K. Milligan
                                              Assistant United States Attorney